```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )    No. CR-06-056-EFS
               Plaintiff,        )
                                 )    ORDER GRANTING IN PART
     v.                          )    MOTION AND MODIFYING
                                 )    CONDITIONS OF RELEASE
THOMAS ANDREW SKOVAJSA,          )
                                 )
               Defendant.        )
─────────────────────────────────)
```

At the March 6, 2007, hearing on Defendant's Motion to Modify (Ct. Rec. 141), Defendant appeared with Douglas Phelps; Assistant U.S. Attorney K. Jill Bolton represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds defendant has done well recently under supervision. The home detention condition therefore is modified to permit a curfew. Defendant may be away from home from 8:30 a.m. to 4:00 p.m., plus evening counselor hours. However, defendant may not be employed until further order of the court.
Accordingly,

**IT IS ORDERED:**

1. The Defendant's Motion **(Ct. Rec. 141)** is **GRANTED IN PART.**

2. The Defendant shall no longer be subject to the release condition of home detention.

3. A status conference is set for 10:00 a.m. on April 16, 2007.

ORDER GRANTING IN PART MOTION AND
MODIFYING CONDITIONS OF RELEASE - 1

1     4.   All other conditions in this court's prior Orders (Ct.
2 Rec. 50; Ct. Rec. 62; Ct. Rec. 106) shall remain.
3     DATED March 29, 2007.

                s/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION AND
MODIFYING CONDITIONS OF RELEASE - 2