UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS ANDREW SKOVAJSA,<br><br>    Defendant. | No. CR-06-056-EFS-1<br><br>ORDER SETTING STATUS HEARING AND GRANTING UNOPPOSED ORAL MOTION TO MODIFY |

At the April 16, 2007, status hearing, Defendant was present with attorney Brett Billingsley, appearing for defense counsel Douglas Phelps. Assistant U.S. Attorney K. Jill Bolton represented the United States.

The Defendant's unopposed oral Motion to modify conditions of release **(Ct. Rec. 150)** was **GRANTED.** Defendant no longer is subject to a curfew and will be permitted to seek employment. All other conditions of release remain in effect. A status hearing is set for **May 18, 2007, at 11:00 a.m.**, before the undersigned.

**IT IS SO ORDERED**.

DATED April 16, 2007.

                              S/ CYNTHIA IMBROGNO
                          UNITED STATES MAGISTRATE JUDGE

ORDER SETTING STATUS HEARING AND
GRANTING UNOPPOSED ORAL MOTION TO MODIFY - 1